IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 APR 20  A 11: 43

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Byron J. Lee
P. O. Box 70
Glenwood, Maryland 21738-0070

_____
(Full name and address of the plaintiff)

CCB 09 CV 0997

v.

Civil Action No. _____
(Leave blank. To be filled in by Court.)

Social Security Administration
Michael Astrue
6401 Security Boulevard
Baltimore, Maryland 21235
(Full name and address of the defendant(s))

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff is a resident of Howard County, Maryland.
   (Fill in county or city and state of residence)

2. Defendant(s) reside(s) or does business at the following location: Baltimore, Maryland

3. This action is brought pursuant to (check all spaces that apply):

   ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My date of birth is:
   _____.

Rev. 6/2000

      Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

      Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4. I am complaining about (check all that apply):

      Failure to hire me. I was refused a job on the following date: _____

      (Termination of my employment.) I was terminated from my employment on the following date: **January 14, 2008**

      (Failure to promote me.) I was refused a promotion on the following date: **December 2006**

      Other (explain what happened): **After I filed EEO complaints against my supervisor I was terminated from Federal Service**

5. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

      (race)  color  religion  (sex)  age  national origin  disability

6. The facts of my claim are: **Retaliation/reprisal, termination, discrimination, and non-selection, denial of within grade increase**

_____

_____

_____

_____

_____

_____

_____

_____.

7. The approximate number of people employed by Defendant is: _____.

8. The events I am complaining about took place on the following dates or time period:

January 14, 2008 _____.

9. I filed charges on the following date: January 21, 2008 , with:

   Equal Employment Opportunity Commission (EEOC)

   Maryland Human Relations Commission

   Other (give name of agency and location): Merit Systems Protection Board _____.

10. I received a right to sue letter (attach copy) on the following date: _____

_____.

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

Injunctive relief (specify what you want the Court to order): Reinstated of employment, back pay, and attorney fees, and Within Grade Increase

Rev. 6/2000                                 3

_____

(✓) Back pay.

(✓) Reinstatement to my former position.

( ) Monetary damages in the amount of: $40,000 _____.

(✓) Costs and attorneys fees.

( ) Other (specify): _____

_____

April 20, 2009
(Date)

Byron J. Lee
(Signature)

Byron J. Lee
P.O. Box 70
Glenwood, Maryland 21738-0070
(410) 448-5921
(Printed name, address and phone number of Plaintiff)

Rev. 6/2000                                   4