# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BYRON J. LEE  :
:
:
v.  :
: Civil Action No. CCB-09-997
MICHAEL J. ASTRUE,  :
Commissioner, Social Security  :
Administration  :

...o0o...

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. the defendant's motion to dismiss and for summary judgment (docket entry no. 16) is

   **GRANTED;**

2. judgment is entered in favor of the defendant; and

3. the Clerk shall **CLOSE** this case.


March 18, 2010  /s/
Date  Catherine C. Blake
  United States District Judge